1 | Kevin Lipeles (SBN 244275)
  | Thomas H. Schelly (SBN 217285)
2 | Aleksandra Urban (SBN 277475)
  | LIPELES LAW GROUP, APC
3 | 880 Apollo St., Suite 336
  | El Segundo, California 90245
4 | Telephone: (310) 322-2211
  | Fax: (310) 322-2252
5 |
6 | Attorneys for Plaintiff
  | LEROY L. SCOTT, JR.
7 |
8 |
9 |                UNITED STATES DISTRICT COURT
10 |               CENTRAL DISTRICT OF CALIFORNIA
11 |

| | |
|---|---|
| LEROY L. SCOTT JR., an individual, | Case No. 2:18-cv-06581-ODW-AS |
| Plaintiff, | Assigned to Hon. Otis D. Wright II<br>Assigned to Hon. Magistrate Alka Sagar |
| v. | **NOTICE OF HEARING** |
| MARTIN LUTHER KING, JR. – LOS ANGELES (MLK-LA) HEALTHCARE CORPORATION, a California corporation, and DOES 1 through 100, inclusive, | *[Filed concurrently with Joint Stipulation; Declaration of Aleksandra Urban, Esq.; Declaration of Thomas Schelly, Esq.;[Proposed] Order]* |
| Defendants. | Discovery Cutoff: February 10, 2021<br>Pretrial Conference Date: July 20, 2020<br>Trial Date: August 11, 2020 |
| | Complaint filed: June 22, 2018 |

**TO DEFENDANTS AND ITS ATTORNEYS OF RECORD:**

1

**NOTICE OF HEARING ON MOTION TO COMPEL AND ATTORNEYS FEES**

PLEASE TAKE NOTICE THAT on January 14, 2021 at 10 a.m. or as soon thereafter as Counsel may be heard in Courtroom 540 in the Roybal Federal Building and United States Courthouse, 255 E. Temple St., Los Angeles, CA, 90012, before the Honorable Magistrate Alka Sagar the Plaintiff will and hereby does move this Court to compel the production of ESI and metadata in response to Plaintiff's Request for Production (Set One).

LIPELES LAW GROUP, APC

Date: December 15, 2020

By: _____
Kevin A. Lipeles, Esq.
Thomas H. Schelly, Esq.
Aleksandra Urban, Esq.
Attorneys for Plaintiff
LEROY SCOTT, JR.

2

**NOTICE OF HEARING ON MOTION TO COMPEL AND ATTORNEYS FEES**