SHEPPARD MULLIN RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
GREGG A. FISCH, Cal. Bar No. 214486
gfisch@sheppardmullin.com
MICHAELA R. GOLDSTEIN, Cal. Bar No. 316455
mgoldstein@sheppardmullin.com
1901 Avenue of the Stars, Suite 1600
Los Angeles, California 90067-6055
Telephone:  310.228.3700
Facsimile:   310.228.3701

Attorneys for Defendant
MARTIN LUTHER KING, JR. -
LOS ANGELES (MLK-LA)
HEALTHCARE CORPORATION

Thomas H. Schelly (Bar No. 217285)
LIPELES LAW GROUP, APC
880 Apollo St., Suite 336
El Segundo, California 90245
Telephone: (310) 322-2211
Fax: (310) 322-2252

Attorneys for Plaintiff
LEROY L. SCOTT, JR.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEROY L. SCOTT JR., an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MARTIN LUTHER KING, JR. – LOS ANGELES (MLK-LA) HEALTHCARE CORPORATION, a California corporation, and DOES 1 through 100, inclusive,<br><br>　　　　Defendants. | Case No: 2:18-cv-06581<br><br>Assigned to Hon. Stanley Blumenfeld<br>Assigned to Hon. Magistrate Alka Sagar<br><br>**JOINT NOTICE OF SETTLEMENT** |

**TO THE HONORABLE COURT:**

**PLEASE TAKE NOTICE** that Defendant Martin Luther King, Jr. – Los Angeles (MLK-LA) Healthcare Corporation ("Defendant") and Plaintiff Leroy Scott ("Plaintiff") have reached a confidential settlement in principle of the above-captioned matter in its entirety, and are currently in the process of finalizing the settlement agreement. The parties anticipate that they will finalize the settlement agreement within the next 30 days. After the settlement is finalized, Plaintiff will request dismissal of the action with prejudice. Accordingly, the parties request that the Court vacate all upcoming hearings and deadlines and take no further action regarding this matter prior to the anticipated formal dismissal of the case.

Dated: March 3, 2021    SHEPPARD MULLIN RICHTER & HAMPTON LLP

By:    /s/ Gregg A. Fisch
GREGG A. FISCH
MICHAELA R. GOLDSTEIN
Attorneys for Defendant
MARTIN LUTHER KING, JR. -
LOS ANGELES (MLK-LA)
HEALTHCARE CORPORATION

Dated: March 3, 2021    LIPELES LAW GROUP, APC

By    /s/ Thomas H. Schelly
THOMAS H. SCHELLY
ALEKSANDRA URBAN
Attorneys for Plaintiff
LEROY L. SCOTT, JR.