Case 2:18-cv-06581-SB-AS   Document 34   Filed 03/03   Page ID #:573

FILED
CLERK, U.S. DISTRICT COURT
March 3, 2021
CENTRAL DISTRICT OF CALIFORNIA
BY: VPC  DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEROY L. SCOTT JR., an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MARTIN LUTHER KING, JR. – LOS ANGELES (MLK-LA) HEALTHCARE CORPORATION, a California corporation, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 2:18-cv-06581-SB (ASx)<br><br>ORDER TO SHOW CAUSE RE: DISMISSAL |

The parties filed a notice of settlement on March 3, 2021.

IT IS HEREBY ORDERED that the parties are to show cause why the action should not be dismissed with prejudice on April 9, 2021 at 8:30 a.m.  If the parties file a proposed order to dismiss the entire action with prejudice by April 2, 2021, the OSC shall be taken off calendar without further notice.  Otherwise, the parties shall appear at the OSC hearing.

IT IS FURTHER ORDERED that all other hearings and deadlines are vacated.

**NOTICE**: The parties are advised that *the Court will not continue the OSC hearing*, absent a detailed, compelling showing why the settlement has not been completed, and the parties should be prepared for the Court to set a trial date.

Dated: March 3, 2021



Stanley Blumenfeld, Jr.
United States District Judge