JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No.: | 2:18-cv-06581-SB (ASx) | Date: | 4/5/2021 |
|---|---|---|---|

| Title: | *Leroy L. Scott, Jr. v. Martin Luther King, Jr. – Los Angeles (MLK-LA) Healthcare Corporation* |
|---|---|

| Present: The Honorable | STANLEY BLUMENFELD, JR., U.S. District Judge |
|---|---|

| Victor Cruz | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Appearing | None Appearing |

**Proceedings:**     **ORDER DISMISSING CASE WITH PREJUDICE**

     The Court has reviewed the parties' joint stipulation of dismissal. (Stip., Dkt. No. 35.) Pursuant to Federal Rule of Civil Procedure 41(a)(2), the action is **DISMISSED with prejudice**. The Court will retain jurisdiction to enforce the Settlement Agreement, if needed.

     **IT IS SO ORDERED**.